**02–140.  State v. Scott.**

Miami App. No. 2001CA8. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of jurisdictional consider-

ation, 

IT IS ORDERED by the court, *sua sponte*, that appellant show cause, within ten days of the date of this entry, why this appeal should not be dismissed.